UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMA FINANCIAL, LLC,<br>                                Plaintiff,<br><br>                 -v-<br><br>FLITWAY TECHNOLOGY, INC., *et al.*,<br>                              Defendants. | 20-CV-324 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The Court has been informed that Plaintiff and Defendant Island Capital Management LLC have reached a settlement in this case. (Dkt. No. 73.) Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice solely against Defendant Island Capital Management. The remaining defendants remain in the case.

    SO ORDERED.

Dated: August 10, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge