UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EMA FINANCIAL, LLC, a Delaware Limited Liability : 
Company, :
                                              : Case No. 20-cv-00324-JPO
        Plaintiff, :
- against - :
     :
FLITWAYS TECHNOLOGY, INC., a Nevada :
Corporation, ISLAND CAPITAL MANAGEMENT : **CONSENT JUDGMENT**
LLC, d/b/a ISLAND STOCK TRANSFER, a Florida :
Limited Liability Company, and MIRO ZECEVIC, a :
Citizen of Florida, :
                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       With the consent of all Parties and the signatories to the accompanying Settlement Agreement, the Court hereby renders Judgment as follows:

       1.     Judgment is entered in favor of Plaintiff EMA FINANCIAL, LLC (the "Plaintiff"), and against MIRO ZECEVIC ("Zecevic") in the amount of twenty-five thousand dollars ($25,000.00) less the sum of any payments made by Zecevic in accordance with the Settlement Agreement through and including the date of the default, plus interest accruing from the date of the commencement of the Action on the sum of the Consent Judgment less the sum of any payments in accordance with the Settlement Agreement.

       2.     Plaintiff is entitled to enforce this Judgment by all means permitted by law and shall recover its reasonable attorney fees and costs incurred in connection with the Action and such enforcement.

       3.     This Court expressly finds that there is no just reason for delay, and expressly directs the entry of final judgment.

       4.     This Court retains jurisdiction to enforce compliance with the terms of this Consent Judgment and the accompanying Settlement Agreement.

The undersigned parties stipulate to and request entry of this Consent Judgment.

Dated: _____      **EMA FINANCIAL LLC**

_____
BY:

_____
ITS:

Dated: _____      **MIRO ZECEVIC**

_____
BY:

SO ORDERED:

Hon_____,
UNITED STATES DISTRICT JUDGE

The undersigned parties stipulate to and request entry of this Consent Judgment.

Dated: _____   **EMA FINANCIAL LLC**

_____
BY:

_____
ITS:

Dated: 10/26/2022   **MIRO ZECEVIC**

_____
BY: /s/ Miro Zecevic

This case shall remain open due to remaining parties.

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

Dated: Oct. 27, 2022