**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EMA FINANCIAL LLC,

                    Plaintiff,

                                                20 **CIVIL** 324 (JPO)

            -against-                              **DEFAULT JUDGMENT**

FLITWAYS TECHNOLOGY, INC., et al.,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated June 8, 2023, Plaintiff's motion for default judgment is GRANTED. EMA Financial, LLC is awarded judgment against Defendant Flitways Technology, Inc. as follows: (1) Flitways shall specifically perform the relevant agreements, including the First Note and First SPA, Second Note and Second SPA, and the First Transfer Agent Agreement and Second Transfer Agent Agreement, and to deliver immediately to EMA the shares of its Common Stock pursuant to each Notice of Conversion submitted, to increase the share reserve, as well as to provide EMA with the necessary resolutions that may be required, and to take whatever steps necessary (as per the terms of the agreements), sufficient to enable EMA to sell the shares publicly without restriction; (2) As to claims enforcing the first promissory note, Flitways shall pay to EMA damages in the amount of $167,978.22, plus interest at $63.20 per diem calculated from December 14, 2022 to the date of entry of judgment, in the amount of $11,249.60; (3) As to claims enforcing the second promissory note, Flitways shall pay to EMA damages in the amount of $450,499.27, plus interest at $169.50 per diem calculated from December 14, 2022 to the date of judgment, in the amount of $30,171.00; (4) As to claims related to the prior settlement releasing claims against a different Defendant and other costs which Flitways either assumed or were assigned to it,

Flitways shall pay restitution in the amount of $124,700.77; (5) Flitways shall deliver immediately to EMA the shares of its Common Stock pursuant to each Notice of Conversion submitted, to increase the share reserve, as well as to provide EMA with the necessary resolutions that may be required, and to take whatever steps necessary (as per the terms of the agreement), sufficient to enable EMA to sell the shares publicly without restriction; and (6) Flitways shall pay EMA $79,671.31 in attorney's fees and costs. This Court will retain jurisdiction to enforce the Order.

**DATED**: New York, New York
June 9, 2023

                                           **RUBY J. KRAJICK**
                                              **Clerk of Court**

**BY:** *K. Mango*
                                              **Deputy Clerk**